IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND and UNITE HERE NATIONAL RETIREMENT FUND, Plaintiffs, v. FUEL GROUP, LLC., TAMPA HOSPITALITY AND HOTEL MANAGEMENT, LLC., CRESCENT HOTELS AND RESORTS, 600 COMMONWEALTH PLACE, LP. and ATUL BISARIA, Defendants. | 2:10-cv-976 |

## ORDER OF COURT

AND NOW, this 24th day of November, 2010, upon consideration of the MOTION TO STAY ACTION AGAINST DEFENDANT CRESCENT HOTELS AND RESORTS (Document No. 17), BRIEF IN SUPPORT OF MOTION TO STAY AGAINST DEFENDANT CRESCENT HOTELS AND RESORTS (Document No. 18), Plaintiff's BRIEF IN OPPOSITION TO MOTION TO STAY (Document No. 20) and co-defendants' BRIEF IN SUPPORT OF MOTION TO STAY ACTION (Document No. 21) and it appearing that currently under consideration in Bankruptcy Court is a potential plan of reorganization which would satisfy Plaintiffs' instant claims and the attention and action of the Bankruptcy Court is expected in the foreseeable future;

NOW, THEREFORE, it is **ORDERED** that this action is **STAYED** for a period of ninety (90) days to monitor and assess developments in the bankruptcy action and the potential impact on this litigation.

Depending upon developments, this stay may be lifted sooner.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Jeremy E. Meyer, Esquire
Email: jmeyer@clearyjosem.com

Jonathan M. Kamin, Esquire
Email: jonathank@gkgattorneys.com

Beth M. Henke, Esquire
Email: henke@marcus-shapira.com
Moira E. Cain-Mannix, Esquire
Email: cain-mannix@marcus-shapira.com